peals for the Eighth Circuit granted. *Mr. Solicitor General Beck* for petitioner. No appearance for respondent.

---

No. 807. HENRY LEWIS *v.* DAVIS ROBERTS, JR., AS TRUSTEE, ETC. March 3, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Claude D. Ritter* for petitioner. No appearance for respondent.

---

No. 818. L. H. MYERS ET AL. *v.* CHARLES H. ANDERSON ET AL., ETC. March 3, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. George C. Bedell* and *Mr. I. L. Purcell* for petitioners. *Mr. Giles J. Patterson* for respondents.

---

No. 819. JAMES C. DAVIS, DIRECTOR GENERAL OF RAILROADS, ETC. *v.* CORONA COAL COMPANY. March 17, 1924. Petition for a writ of certiorari to the Court of Appeal, Parish of Orleans, State of Louisiana, granted. *Mr. George Denegre, Mr. Victor Leovy* and *Mr. Henry H. Chaffe* for petitioner. *Mr. Richard B. Montgomery* for respondent.

---

No. 840. SAMUEL FRESHMAN *v.* W. S. ATKINS. April 7, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Joseph Manson McCormick* and *Mr. Francis Marion Etheridge* for petitioner. No appearance for respondent.

---

No. 856. CONCRETE APPLIANCES COMPANY ET AL. *v.* JOHN E. GOMERY ET AL. April 7, 1924. Petition for writ of certiorari to the Circuit Court of Appeals for the Third